IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCISCO JAVIER MARTINEZ GUZMAN, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Dept. of Homeland Security, *et al.*, <br><br> Respondents. | Civil Action No. 25-236 <br><br> MAUREEN P. KELLY <br> United States Magistrate Judge <br><br> (Filed Electronically) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS, on July 31, 2025, Petitioner Francisco Javier Martinez Guzman filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), seeking his release from detention at Moshannon Valley Processing Center; and

WHEREAS, on October 25, 2025, Petitioner was removed from the United States;

Petitioner and Respondents, by and through their counsel, hereby STIPULATE AND AGREE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to voluntary dismissal of the above-captioned case, which is now moot, without costs or attorney's fees to either party.

Respectfully submitted,

*/s/ Simon Sandoval-Moshenberg*
SIMON SANDOVAL-MOSHENBERG, ESQUIRE
W.D. Pa. Bar No. VA77110
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
Phone: (703) 352-2399
Fax: (703) 763-2304
ssandoval@murrayosorio.com
*Counsel for Petitioner*

TROY RIVETTI
Acting United States Attorney

*/s/ David Lew*
DAVID LEW
Assistant U.S. Attorney
Joseph F. Weis, Jr., U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Phone: (412) 894-7482
Fax: (412) 644-5870
david.lew@usdoj.gov
PA ID No. 320338
*Counsel for Respondents*

AND NOW, this 29th day of October, 2025, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE